FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUL 18 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Michael King, et al.,

    Plaintiffs,

v.

DePuy Orthopaedics Incorporated, et al.,

    Defendants.

No. CV-23-00196-PHX-SMB

**VERDICT**

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find as follows:

**QUESTION 1:** On Plaintiff Michael King's claim of design defect against Defendant, we the undersigned jurors, find in favor of: *(circle one below)*

    Plaintiff    or    **(Defendant)**

**QUESTION 2:** On Plaintiff Michael King's failure to warn claim against Defendant, we the undersigned jurors, find in favor of: *(circle one below)*

    Plaintiff    or    **(Defendant)**

**QUESTION 3:** On Plaintiff Michael King's claim of negligence against Defendant, we the undersigned jurors, find in favor of: *(circle one below)*

    Plaintiff    or    **(Defendant)**

**QUESTION 4:** On Plaintiff Deborah King's claim for loss of consortium against Defendant, we the undersigned jurors, find in favor of: *(circle one below)*

Plaintiff    or    (**Defendants**)

*Complete the following questions as to compensatory damages only if your verdict was for Plaintiff Michael King in one or more of the Questions above. If you answered all Questions above in favor of Defendants, do not answer any other questions, but sign and date the verdict form.*

**QUESTION 5:** What amount of damages, if any, did Plaintiff prove that Mr. King sustained as a result of Defendant's actions: *(write in amounts awarded below)*

$ _____

**QUESTION 6:** What amount of damages, if any, did Plaintiff prove that Mrs. King sustained as a result of Defendant's actions: *(write in amounts awarded below)*

$ _____

DATED  7-18-24                                          5

                                        Signed by Juror Foreperson's Number