# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael King, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DePuy Orthopaedics Incorporated, et al.,<br><br>　　　　Defendants. | NO. CV-23-00196-PHX-SMB<br><br>**SECOND AMENDED JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Jury's Verdict filed July 18, 2024, judgment is entered in favor of defendant and against plaintiffs. Plaintiffs to take nothing, and the complaint and action are hereby dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 25, 2024

　　　　　　　　　　　　　　　　　　s/ E. Aragon
　　　　　　　　　　　　　　By　　Deputy Clerk