# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael King, et al., | No. CV-23-00196-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| DePuy Orthopaedics Incorporated, | |
| Defendant. | |

Pursuant to Defendants DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy Synthes, Inc., Johnson & Johnson, Johnson & Johnson Services, Inc., and Johnson & Johnson International's Application for Attorneys' Fees ("Motion") (Doc. 280) and for good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion in part. Defendants shall be awarded attorneys' fees in the amount of $15,000 to be payable by Plaintiff's Counsel.

Dated this 21st day of February, 2025.

Honorable Susan M. Brnovich
United States District Judge